IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **David Hyatt**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J.B. Hunt Transport, Inc.**, a Georgia corporation,<br><br>Defendant. | Case No.: 15-cv-05056-TLB<br><br>**COMPLAINT - CLASS ACTION** |

## STIPULATION TO DISMISS

Plaintiff David Hyatt ("Hyatt" or "Plaintiff") and defendant J.B. Hunt Transport, Inc. ("J.B. Hunt" or "Defendant"), through their counsel, stipulate as follows:

1. Hyatt filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. No notice is required to putative class members under Rule 23(e) since the settlement and dismissal of Hyatt's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Hyatt and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Hyatt individually against J.B. Hunt, and without prejudice as to any claims alleged by the putative, uncertified class against J.B. Hunt.

Plaintiff and Defendant further agree that each party shall bear his or its own costs and

attorney fees.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 29, 2015 | Respectfully submitted, |
| PLAINTIFF David Hyatt, | DEFENDANT J.B. Hunt Transport, Inc. |
| /s/ Patrick H. Peluso<br>One of Plaintiff's Attorneys | /s Meredith Slawe<br>One of Defendant's Attorneys |
| D. Westbrook Doss, Jr.<br>west@dosslaw.biz<br>The Doss Law Firm<br>121 North School Avenue<br>Fayetteville, AR 72701<br>Tel: 479.303.5500 | Christina Comstock<br>Everett, Wales & Comstock<br>1944 E. Joyce Blvd.<br>P.O. Box 8370<br>Fayetteville, AR 72703<br>Tel: 479.443.0292<br>Fax: 479.443.0564 |
| Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>WOODROW & PELUSO, LLC<br>999 E Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Tel: 720.213.0675<br>Fax: 303.927.0809 | Michael McTigue, Jr.*<br>Michael.McTigue@dbr.com<br>Meredith Slawe*<br>Meredith.slawe@dbr.com<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>Suite 2000<br>Philadelphia, PA 19103<br>Tel: 215.988.1998 |
| *pro hac vice*<br><br>*Attorneys for Plaintiff* | *pro hac vice*<br><br>*Attorneys for Defendant* |

2