IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID HYATT, individually and on behalf
of all others similarly situated                                    PLAINTIFFS

v.                          CASE NO. 5:15-CV-5056

J.B. HUNT TRANSPORT SERVICES, INC.,
an Arkansas corporation; and J.B. HUNT
TRANSPORT, INC., a Georgia corporation                              DEFENDANTS

## ORDER

Currently before the Court is the parties' Joint Stipulation to Dismiss (Doc. 31).

It is **ORDERED** that the parties' Motion is **GRANTED** and the action shall be **DISMISSED WITH PREJUDICE** with respect to the claims alleged by Hyatt individually against J.B. Hunt, and **DISMISSED WITHOUT PREJUDICE** as to any claims alleged by the putative, uncertified class against J.B. Hunt.

**IT IS SO ORDERED** this 30th day of September, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE